OPINION — AG — THE VOTER LIST WOULD REASONABLE REFLECT A CROSS SECTION OF THE POPULATION, AND IT IS, THEREFORE, THE FURTHER OPINION OF THE ATTORNEY GENERAL THAT THE PROVISIONS OF HOUSE BILL NO. 617, 1ST SESSION, 31ST LEGISLATURE, AS INTRODUCED, CHANGING THE PROCEDURE FOR OBTAINING JURY LISTS FOR COURTS OF RECORD IN EACH COUNTY, IF ENACTED, WOULD BE CONSTITUTIONAL. CITE: 38 O.S. 1961 18 [38-18], 38 O.S. 1961 33 [38-33], ARTICLE II, SECTION 19, ARTICLE II, SECTION 20 (HUGH COLLUM)